UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SCOTT JOHNSON,

              Plaintiff,

    v.

FRANCES I. KELSEY, et al.,

              Defendants.

Case No.  18-cv-04330-HSG

**ORDER TO SHOW CAUSE**

Plaintiff is **ORDERED TO SHOW CAUSE** why the Court should not decline to exercise supplemental jurisdiction over his Unruh Civil Rights Act claim for the reasons stated in *Arroyo v. Rosas*, 19 F.4th 1202 (9th Cir. 2021).  Although that decision held that a district court erred in declining to exercise jurisdiction over an Unruh Act claim when the court had already determined the plaintiff was entitled to judgment on a parallel ADA claim, the Ninth Circuit had "little difficulty concluding that the district court did not abuse its discretion in concluding that the situation presented . . . involves 'exceptional circumstances'" sufficient to decline supplemental jurisdiction if the issue had been raised at an earlier stage of the case.  *Id.* at 1214.

The Court **DIRECTS** Plaintiff to respond to the Order to Show Cause by March 29, 2022, and Defendants to file any reply by April 5, 2022.  Unless otherwise ordered, the matter will stand submitted once Defendants file their reply, and no further filings will be permitted on this issue.

       **IT IS SO ORDERED.**

Dated: March 22, 2022

HAYWOOD S. GILLIAM, JR.
United States District Judge