UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>v.<br><br>FRANCES I. KELSEY, et al.,<br><br>        Defendants. | Case No. 18-cv-04330-HSG<br><br>**ORDER WITHDRAWING REFERENCE TO MAGISTRATE JUDGE AND SETTING OPPOSITION DEADLINE**<br><br>Re: Dkt. No. 63 |

On June 22, 2022, the Court referred Plaintiff's Motion for Administrative Order Striking Defendants' Answer and Entering Default to a Magistrate Judge. *See* Dkt. Nos. 61 (the "Motion") and 63. The Court now **WITHDRAWS** the referral of the Motion to a Magistrate Judge. Defendants failed to file an opposition to the Motion by the deadline under the Local Rules, which ran in early June. Defendants are now **DIRECTED** to file any opposition to the Motion by June 30, 2022, after which briefing on the Motion will be complete. Defendants are advised that if they fail to oppose Plaintiff's motion, it will be granted, and the Answer will be stricken.

**IT IS SO ORDERED.**

Dated:   6/27/2022

                                             HAYWOOD S. GILLIAM, JR.
                                             United States District Judge